UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEADOWS OF SARASOTA HOLDING, LLC,

        Plaintiff,

    -against-

MT. HAWLEY INSURANCE COMPANY,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026
```

26 Civ. 3677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **May 22, 2026**, the parties shall file a corporate disclosure statement under Rule 7.1(a)(2) of the Federal Rules of Civil Procedure.  The parties shall use the following template form, accessible from the Southern District of New York's "Forms" page[1]: https://www.nysd.uscourts.gov/forms/rule-71-statement.

    SO ORDERED.

Dated: May 15, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] https://www.nysd.uscourts.gov/forms.