UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEADOWS OF SARASOTA HOLDING, LLC,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2026_____

26 Civ. 3677 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By **June 23, 2026**, the parties shall each state whether they are affiliated with Blackrock, Inc., or any of its corporate affiliates or subsidiaries.  In addition, by **that same date**, the parties shall state whether, to the best of their knowledge, Blackrock, Inc. or any of its corporate affiliates or subsidiaries maintains a financial interest in the outcome of this litigation.

SO ORDERED.

Dated: June 16, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge