**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MEADOWS OF SARASOTA HOLDING, LLC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

-----------------------------------------------------------x

26-cv-3677 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, October 29, 2026 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Third Party Plastridge Agency is invited but not required to attend. If they choose to attend, they should participate in filing the joint agenda as directed in my Individual Practices.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 6, 2026
New York, New York