**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

MEADOWS OF SARASOTA HOLDING, LLC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------x

26-cv-3677 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on **Wednesday, October 28, 2026.** Third party Plastridge Agency did not appear. The Court **GRANTS** Defendant's motion to compel production from third party Plastridge Agency, finding that the subpoenaed documents are relevant and directing Plastridge Agency to produce documents from 2022 forward. Plastridge Agency is directed to produce all such documents by **November 4, 2026.**

The discovery deadline is **EXTENDED** to **November 6, 2026,** without prejudice to further extensions. Parties are directed to submit a joint status letter on **November 6, 2026,** detailing what discovery remains and a proposed end date for completing it.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: October 30, 2026
New York, New York