**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MEADOWS OF SARASOTA HOLDING, LLC.,

Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

Defendant.

-----------------------------------------------------------x

26-cv-3677 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 41 and 42. The Court takes ECF 41 to be a motion for reconsideration.

The Court's order at ECF 39 granting Defendant's motion to compel is **STAYED** until **December 11, 2026.**

The Plastridge Agency is directed to file their motion to quash by **November 25, 2026**, if they seek any modification or limitation to the production that was ordered by ECF 39. Any such motion must be supported by case law and citations to the Federal Rules of Civil Procedure and must address why the discovery sought is not relevant or proportional.

The parties are directed to file their responses, if any, by **December 3, 2026.**

If no motion is filed by **November 25, 2026,** the Court will find that The Plastridge Agency no longer objects to ECF 39, and the stay on ECF 39 will expire on **December 11, 2026**.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 6, 2026
New York, New York