USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT SOUTHERN DIS

MEADOWS OF SARASOTA HOLDING, LLC,

Plaintiff,

-against- 26 Civ. 3677 (AT) (OTW)

MT. HAWLEY INSURANCE COMPANY,

Defendant.

**JOINT REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

Dear Judge Torres:

The Parties hereby submit this joint letter-motion requesting that the Court reschedule the Case Management Conference currently set for Monday, November 23, 2026 at 10:00 a.m. to Thursday, December 3, 2026 at 10:00 a.m., or another date and time on or about that date convenient to the Court. Judge Wang recently granted the Parties' request to extend the deadline to complete fact discovery until December 18, 2026, and the deadline to request a pre-motion conference for a motion for summary judgment until January 1, 2027 (within 14 days of the close of the new fact discovery deadline). (ECF 45).

The reason for this request is that counsel for Plaintiff, Liberty M. Ritchie, is scheduled to appear in person on November 23, 2026 at 9:30 a.m. for a settlement conference in another matter, *Guy DeSantis Family Trust v. Erie and Niagara Insurance Association*, Index No. 2024-52612, before the Honorable Christi J. Acker in the Supreme Court of the State of New York, Dutchess County, in Poughkeepsie, New York. That conference was scheduled before the Court's Scheduling Order in this action was entered.

The Parties have not previously requested an adjournment of this Case Management Conference. Counsel for the Parties have conferred, and counsel for Defendant consents to this request and is available on December 3, 2026. The Parties jointly make this request.

Paragraph 16 of the Scheduling Order directs the Parties to file a joint status report not later than one week in advance of the Case Management Conference, which is currently Monday, November 16, 2026. If the Court grants this request, the Parties respectfully request that the joint status report be due one week before the rescheduled conference. Because one week before December 3, 2026 falls on Thanksgiving Day (November 26, 2026), the Parties propose to file the joint status report no later than Wednesday, November 25, 2026.

The Parties thank the Court for its consideration.

Dated: November 10, 2026

The case management conference before the undersigned currently scheduled for November 23, 2026, is ADJOURNED *sine die*, in light of Plaintiff's counsel's conflicting appearance and the Honorable Ona T. Wang's pretrial management of this action. By **November 25, 2026**, the parties shall file a joint status report.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge